[No. 7457–1–I.   Division One.   March 31, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–1–00199–2, Robert C. Bibb, J.,
entered February 16, 1979. *Affirmed* by unpublished opin-
ion per Callow, C.J., concurred in by Swanson and Ringold,
JJ.

[No. 3917–II.   Division Two.   April 1, 1980.]

CHARLES E. WALLIN, ET AL, *Appellants*, v. THE CITY
OF PORT TOWNSEND, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 9001, Tyler C. Moffett, J., entered
February 2, 1979. *Affirmed as modified* by unpublished
opinion per Petrie, J., concurred in by Reed, C.J., and
Johnson, J. Pro Tem.

[No. 3255–8–III.   Division Three.   April 1, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
JOSEPH NICHOLAS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 26583, Philip J. Thompson, J.,
entered January 11, 1979. *Affirmed* by unpublished opinion
per Green, C.J., concurred in by McInturff and Roe, JJ.